THIS OPINION HAS
 NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Supreme Court

 
 
 
 Ron G. Taylor, Respondent,
 v.
 State of South Carolina, Petitioner.
 
 
 

ON WRIT OF CERTIORARI

Appeal From Lee County
 Howard P. King, Circuit Court Judge

Opinion No. 2009-MO-021
 Submitted April 22, 2009- Filed April 27,
2009   

DISMISSED AS IMPROVIDENTLY GRANTED

 
 
 
 Attorney
 General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant
 Deputy Attorney General Salley W. Elliott, and Assistant Attorney General Lance
 S. Boozer, all of Columbia, for Petitioner.
 Deputy
 Chief Appellate Defender Wanda H. Carter, of South Carolina Commission on
 Indigent Defense, of Columbia, for Respondent.
 
 
 

PER CURIAM:  Respondent Ron G. Taylor was granted
 post-conviction relief by the lower court.  We granted the States petition for
 a writ of certiorari.  After a careful review of the record, appendix, and briefs,
 the writ is 
DISMISSED
 AS IMPROVIDENTLY GRANTED.
TOAL, C.J.,
 WALLER, PLEICONES, BEATTY and KITTREDGE, JJ., concur.